# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| EDNA ELIZABETH ELLSBERRY, Trustee of the Samuel Ellsberry Trust 2019, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 3:21-CV-2126-D ) |
| CHARITY COLLEEN CROUSE & Occupants, | ) ) ) ) |
| Defendants. | ) |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. Accordingly, by separate judgment, this action is remanded to the Justice of the Peace Court, Precinct 5, Place 2, of Dallas County, Texas.

**SO ORDERED**.

September 20, 2021.

SIDNEY A. FITZWATER
SENIOR JUDGE